UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In Re Complaint )
)
) Case No. MJ-04-530-RBC-01
) Case No. MJ-04-530-RBC-02
)

## GOVERNMENT'S MOTION TO SEAL

The United States Attorney hereby respectfully moves the Court to seal the complaint, supporting affidavit, this motion and the Court's order on this motion, and any other paperwork related to this matter, until further order of this Court, **with the exception of release of a copy of the complaint and affidavit to the defendants at their initial appearance**. As grounds for this motion, the government states that public disclosure of these materials might jeopardize the ongoing investigation of this case, as well as the government's ability to arrest the defendants.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Nancy Rue
Assistant U.S. Attorney

DEC -2 2004

ALLOWED; the docket of this case shall also be SEALED.