UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:04-530-RBC |
| Michael Arco, et al. | ) | |

**GOVERNMENT'S MOTION REGARDING SEAL OF COMPLAINT**

The United States Attorney hereby respectfully moves the Court to unseal the Complaint and other papers in this matter, with the exception of the Affidavit in Support of the Complaint. In support of this motion, the government notes that the defendants have been arrested and therefore complete confidentiality is no longer necessary. However, this investigation is ongoing, and disclosure of the contents of the affidavit may compromise the government's ability to complete its investigation.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Nancy Rue
Assistant U.S. Attorney