AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF __Massachusetts_____

UNITED STATES OF AMERICA

V.

MICHAEL ARCO and
JESS SICILIANO

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-M-0530-RBC - 01
                                         - 02

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __November 2004__ in __Suffolk__ county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense) knowingly and intentionally conspire to distribute and possess with the intent to distribute oxycodone, a Schedule II controlled substance

in violation of Title __21__ United States Code, Section(s) __841(a)(1) and 846__.

I further state that I am a(n) __Special Agent__ and that this complaint is based on the following
                                                Official Title
facts:

See Affidavit of DEA Special Agent Brian Tomasetta, attached hereto, and incorporated by reference.

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

12-02-2004  at 10:47 am           at        Boston, MA
Date                                                City and State

Hon. Robert B. Collings
United States Magistrate Judge                    _____
Name & Title of Judicial Officer                  Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.